UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**Melinda Price-Bedi, in her personal capacity and QUI TAM**

**Versus**

CIVIL ACTION

NUMBER: 21-2161

SECTION:

**SECT.F MAG. 4**

**Department of Justice, Federal Bureau of Investigations, Louisiana Supreme Court, Parish of St. Charles Planning and Zoning, St. Charles Parish Sheriff's Department, Sheriff Gregory Champagne** *in his official and/or personal capacity,* **St. Charles Parish Clerk of Court Lance Marino** *in his official and/or personal capacity* **Kenner Magistrate Judge/Attorney Laura Jean Todaro** *in her official and/or personal capacity,* **Valero Energy, United Way of St. Charles. St. Charles Parish Rotary Club, Creative Family Solutions, Louisiana Domestic Abuse Advocacy, Fifth Circuit Court of Appeal (Gretna), Louisiana Bar Association, Louisiana Crime Commissioner, Ford Lumber Company (Houma) Archer Daniel Midland**

## ORDER

Considering the above and foregoing Petition for Rule to Show Cause for Racketeer Influenced and Corrupt Organization Act AND Investigation:

IT IS ORDERED that the Petition is GRANTED.

IT IS FURTHER ORDERED that Petitioner show cause on the _____ day of _____, 20__ at _____o'clock_____ before the U.S. Eastern District Court of Louisiana, why she should be appointed legal counsel and a non-governmental Federal Prosecutor.

New Orleans, Louisiana, this _____ day of **November 2021.**

_____
**U.S. DISTRICT JUDGE**

RENDERED FOR FILING

NOV 18 2021

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk