UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MELINDA PRICE-BEDI**  **CIVIL ACTION**

**VERSUS**  **NO. 21-2161**

**DEPARTMENT OF JUSTICE,**  **SECTION D (3)**
**ET AL.**

**ORDER AND REASONS**

The Court, having considered the Petition for Rule to Show Cause for Racketeer Influence and Corrupt Organization Act and Investigation,[1] Motion to Amend Complaint,[2] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[3] and the failure of the Plaintiff to file any objection to the Magistrate Judge's Report and Recommendation,[4] and having determined that the Magistrate's findings are not clearly erroneous or contrary to the law, hereby approves the Report and Recommendation and adopts it as its opinion in this matter. In doing so, the Court notes that it has construed Plaintiff Melinda Price-Bedi's *pro se* pleadings liberally.[5]

---

[1] R. Doc. 4.
[2] R. Doc. 12.
[3] R. Doc. 17.
[4] A copy of the Magistrate Judge's Report and Recommendation issued on June 29, 2022 was mailed to Plaintiff at the address in the record, P.O. Box 335, Luling, LA 70070 on that same day. Objections were due on July 13, 2022. Plaintiff had listed this as her address in a filing made as recently as June 28, 2022. *See* R. Doc. 16. The mail was returned as undeliverable on July 12, 2022. *See* R. Doc. 18. A copy of the Magistrate Judge's Report and Recommendation was re-mailed to Plaintiff on July 19, 2022. To date, no objections have been filed. Local Rule 11.1 states that a pro se litigant "has a continuing obligation promptly to notify the court of any address or telephone number change." Plaintiff has not provided the Court with any change of address. Further, because Plaintiff is proceeding *pro se*, the Court notes that it has allowed additional time for objections. None have been filed as of the date of this Order.
[5] *See Coleman v. United States*, 912 F.3d 824, 828 (5th Cir. 2019). The Court notes that Petitioner has previously filed or removed several cases within the Eastern District of Louisiana, including civil action no. 20-00480 and civil action no. 19-12590.

**IT IS HEREBY ORDERED** that all of Plaintiff's claims alleged in the Petition[6] are **DISMISSED** for the reasons stated in the Report and Recommendation and Plaintiff's claims against the Department of Justice, the Federal Bureau of Investigations, the Louisiana Supreme Court, the Parish of St. Charles Planning and Zoning, the St. Charles Parish Sheriff's Department, Sheriff Gregory Champagne in his official and/or personal capacity, St. Charles Parish Clerk of Court Lance Marino in his official and/or personal capacity, Kenner Magistrate Judge/Attorney Laura Jean Todaro in her official and/or personal capacity, Valero Energy, United Way of St. Charles, the St. Charles Parish Rotary Club, Creative Family Solutions, Louisiana Domestic Abuse Advocacy, the Fifth Circuit Court of Appeal (Gretna), the Louisiana Bar Association, the Louisiana Crime Commissioner, the Ford Lumber Company (Houma), and Archer Daniels Midland are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, August 3, 2022.

**WENDY B. VITTER**
**United States District Judge**

---

[6] R. Doc. 4.